COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:   Michael Fallon, M.D. v. MD Anderson Physicians Network and Michael W. Brown, as President and Chief Executive Officer of MD Anderson Physicians Network

Appellate case number:   01-18-00813-CV

Trial court case number:   2017-36113

Trial court:   151st District Court of Harris County

On August 21, 2018, the trial court ordered that Exhibits G, I, M, and N, previously filed in camera with the trial court in connection with appellees' Response to Plaintiff Michael Fallon, M.D.'s Motion for Summary Judgment and Cross-Motion for Summary Judgment, be filed "in camera and under seal" and be "permanently sealed." On November 19, 2018, the trial court ordered the Harris County district clerk to send Exhibits G, I, M, and N to this Court "in camera and under seal" as a supplemental clerk's record. On November 21, 2019, appellees requested that the district clerk file a supplemental clerk's record containing certain documents, including Exhibits G, I, M, and N. In making their request, appellees noted that Exhibits G, I, M, and N "do not appear on the docket that is publically available, but were made part of the record of the case by the trial court." Accordingly, appellees requested that the district clerk transmit Exhibits G, I, M, and N, which were in the district clerk's possession, to this Court "in camera and under seal." Although the district clerk filed a supplemental clerk's record containing the requested documents in this Court on February 15, 2019, it failed to file Exhibits G, I, M, and N "in camera and under seal" so that they may only be viewed by this Court in connection with appellants' appeals.

Accordingly, we **strike** the supplemental clerk's record filed in this Court on February 15, 2019.

We direct the Harris County district clerk to file with this Court, within **7 days** of the date of this order, a supplemental clerk's record containing the following documents.

(1)    Defendants' Motion to Determine that Copies of Lost or Destroyed In Camera Exhibits Are Accurate filed on or about August 1, 2018 (Image No. 81049042);
(2)    Exhibit A, Affidavit of Stacianne Wilson, filed on or about August 1, 2018 (Image No. 81049043);
(3)    Defendants' Motion to Permanently Seal In Camera Summary Judgment Exhibits filed on or about August 1, 2018 (Image No. 81051997);

(4) Filing Letter filed on or about August 1, 2018 (Image No. 81049862);

(5) Filing Letter filed on or about August 3, 2018 (Image No. 81081778);

(6) Notice to the Public Regarding Motion to Seal Court Records filed on or about August 3, 2018 (Image No. 81081777);

(7) Dr. Fallon's Response to Defendants' Motions to Seal and to Determine that Copies of Lost of Destroyed in Camera Exhibits are Accurate filed on or about August 14, 2018 (Image No. 81265451);

(8) Exhibit A filed on or about August 14, 2018 (Image No. 81265452);

(9) Exhibit B filed on or about August 14, 2018 (Image No. 81265453);

(10) Exhibit C filed on or about August 14, 2018 (Image No. 81265454);

(11) Order Substituting Copies for Lost Documents signed on or about August 21, 2018 (Image No. 81340760);

(12) Order Sealing Document(s) signed on or about August 21, 2018 (Image No. 81340801);

(13) Defendants' Motion to Give the Harris County District Clerk Permission to Send Sealed Documents to Appellate Court filed on or about October 29, 2018 (Image No. 82351163);

(14) Dr. Fallon's Response to Defendants' Motion to Give the Harris County District Clerk Permission to Send Sealed Documents to the Appellate Court filed on or about November 14, 2018 (Image No. 82592393);

(15) Order Signed Granting Inspection of In-Camera Documents/Order Signed Granting Supplemental Record signed on or about November 19, 2018 (Image No. 82652947); and

(16) Defendant MD Anderson Physicians Network's Amended Request for Supplement to Clerk's Record filed on or about November 21, 2018 (Image No. 82696110).

Further, we order the Harris County district clerk to file with this Court, within **7 days** of the date of this order, a *separate* supplemental clerk's record that is "in camera and under seal," in accordance with the trial court's aforementioned orders, containing the following documents:

(1) Exhibits G, I, M, and N that were filed in connection with appellees' Response to Plaintiff Michael Fallon, M.D.'s Motion for Summary Judgment and Cross-Motion for Summary Judgment and "sealed in camera."

*See* Tex. R. App. P. 34.5(c).

The cost of preparing these records will be assessed as part of the costs of this appeal upon issuance of this Court's judgment.

It is so ORDERED.


Judge's signature: _____/s/ Julie Countiss_____
☑ Acting individually    ☐ Acting for the Court


Date: __June 20, 2019___